Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-443-464**

**Effective Date of Registration:**
April 29, 2025

**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Amaretto Sour Recipe

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 13, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lily & Val, LLC
  **Pseudonym:** Lily & Val
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification



# AMARETTO SOUR

1½ OZ. AMARETTO LIQUEUR

1 OZ. *simple syrup*

¾ OZ. FRESH *lemon juice*



POUR INTO A COCKTAIL SHAKER
(filled with ice)

SHAKE
-AND-
*strain*

GARNISH
-WITH-
*an orange slice and
a maraschino cherry*

*Lily & Val*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-453-280

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 21, 2025

## Title

**Title of Work:** Bloody Mary Recipe

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lily & Val, LLC
  **Pseudonym:** Lily & Val
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-277

**Effective Date of Registration:**
April 29, 2025

**Registration Decision Date:**
July 21, 2025

## Title
_____

**Title of Work:** Blueberry Pancake Recipe

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** January 12, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lily & Val, LLC
  **Pseudonym:** Lily & Val
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions
_____

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-459-294

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
August 26, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Peach Cobbler Recipe |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | August 18, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Lily & Val, LLC |
| **Pseudonym:** | Lily & Val |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Lily & Val, LLC |
|  | 1121 Banbury Lane, Brentwood, TN, 37027, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Lily & Val, LLC |
| **Email:** | mak@valeriemckeehan.com |
| **Address:** | 1121 Banbury Lane |
|  | Brentwood, TN 37027 United States |

## Certification

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-459-093

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
August 25, 2025

## Title

**Title of Work:** Pina Colada Recipe

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lily & Val, LLC
  **Pseudonym:** Lily & Val
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification

Case: 1:26-cv-01713 Document #: 1-1 Filed: 02/17/26 Page 11 of 29 PageID #:19



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-493

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Strawberry Shortcake Recipe |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 05, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Lily & Val, LLC |
| | **Pseudonym:** | Lily & Val |
| | **Author Created:** | 2-D artwork |
| | **Work made for hire:** | Yes |
| | **Citizen of:** | United States |
| | **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lily & Val, LLC<br>1121 Banbury Lane, Brentwood, TN, 37027, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lily & Val, LLC |
| **Email:** | mak@valeriemckeehan.com |
| **Address:** | 1121 Banbury Lane<br>Brentwood, TN 37027 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-266

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 21, 2025

---

## Title

**Title of Work:** Wildflower Field Guide

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 13, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lily & Val, LLC
  **Pseudonym:** Lily & Val
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-459-279**

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
August 26, 2025

---

## Title

**Title of Work:**   It's A Marshmallow World

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   September 14, 2015
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Lily & Val, LLC
  **Pseudonym:**   Lily & Val
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:**   Lily & Val, LLC
**Email:**   mak@valeriemckeehan.com
**Address:**   1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-459-291

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
August 26, 2025

---

## Title

**Title of Work:** Pesto Recipe

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 01, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Lily & Val, LLC
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification

**Name:** David Denholm
**Date:** April 29, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-494

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Stuffed Peppers Recipe |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 01, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **•       Author:** | Lily & Val, LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lily & Val, LLC |
| | 1121 Banbury Lane, Brentwood, TN, 37027, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lily & Val, LLC |
| **Email:** | mak@valeriemckeehan.com |
| **Address:** | 1121 Banbury Lane |
| | Brentwood, TN 37027 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-497

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

     **Title of Work:** Sweet Tea Recipe

## Completion/Publication

    **Year of Completion:** 2016
  **Date of 1st Publication:** January 12, 2016
 **Nation of 1ˢᵗ Publication:** United States

## Author

      •  **Author:** Lily & Val, LLC
     **Pseudonym:** Lily & Val
   **Author Created:** 2-D artwork
 **Work made for hire:** Yes
    **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Lily & Val, LLC
         1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

  **Organization Name:** Lily & Val, LLC
      **Email:** mak@valeriemckeehan.com
     **Address:** 1121 Banbury Lane
         Brentwood, TN 37027 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-359

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

    **Title of Work:** Falalala

## Completion/Publication

    **Year of Completion:** 2017
  **Date of 1st Publication:** September 04, 2017
  **Nation of 1st Publication:** United States

## Author

    •  **Author:** Lily & Val, LLC
    **Pseudonym:** Lily & Val
   **Author Created:** 2-D artwork
 **Work made for hire:** Yes
    **Citizen of:** United States
   **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Lily & Val, LLC
          1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

  **Organization Name:** Lily & Val, LLC
      **Email:** mak@valeriemckeehan.com
     **Address:** 1121 Banbury Lane
          Brentwood, TN 37027 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-488

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

**Title of Work:** Guacamole Recipe

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lily & Val, LLC
**Pseudonym:** Lily & Val
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-492

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

## Title

**Title of Work:** Strawberry Lemonade Recipe

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 07, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lily & Val, LLC
  **Pseudonym:** Lily & Val
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lily & Val, LLC
1121 Banbury Lane, Brentwood, TN, 37027, United States

## Rights and Permissions

**Organization Name:** Lily & Val, LLC
**Email:** mak@valeriemckeehan.com
**Address:** 1121 Banbury Lane
Brentwood, TN 37027 United States

## Certification

