**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LILY & VAL, LLC,

    Plaintiff,                                               Case No.: 1:26-cv-01713

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Yueji Trade Co., Ltd |
| 2 | haoggch |
| 3 | wuzhifeidexiaodian |
| 4 | ShanXiShengJieTuoZhuangShi |
| 5 | Jinan Yeyin Trading Co., Ltd. |
| 6 | GuangZhouPengZhiShangMaoYouXianGongSi |
| 7 | HanRuiZaiShengZiYuan |
| 8 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 9 | 归心精品商店 |
| 10 | HuHeHaoTeShiQianMiaoYingShangMaoYouXianZeRenGongS |
| 11 | nanfuwangluokeji |
| 12 | GUANGFFT |
| 13 | YunNanZiBin |
| 14 | ChenHongZhuangShiGongCheng |
| 15 | wanghengmaiwazi |
| 16 | Luoyongww |
| 17 | xiaojingxiemao77 |
| 18 | LIANTSH |
| 19 | CHUNLINSHNAGDIAN |
| 20 | DaFengXinXingJianCai |
| 21 | yyisnhh |
| 22 | shanxiyihuifengshengwukeji |
| 23 | lingbos |
| 24 | shandonglaodifangjiangcunkaoyuyouxiangongsi |
| 25 | huajies |

| | |
|---|---|
| 26 | 勇赣贸易 |
| 27 | SuLianShangMao126 |
| 28 | xianningshidaobanshangmao |
| 29 | zll sp |
| 30 | ZZIXINS |
| 31 | ZhengZhouShiSuHaoShangMaoYouXianGongSi |
| 32 | SiWeiXingTongWangLu |
| 33 | foshanshipaweizishangmaoyouxiangongsi |
| 34 | ddaz、 |
| 35 | 厨佳工具店 |
| 36 | wwensc |
| 37 | HengYangXianZhaoWanShangMaoYouXianGong |
| 38 | jemd |
| 39 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 40 | LanLiXiaHongTing |
| 41 | fuyangbeixiongshangmaoyouxiangongsi |
| 42 | LiManJun8868 |
| 43 | QinXiangShangMao |
| 44 | puyangshihaihuilvxingshe |
| 45 | Yueying clothes |
| 46 | zzfgn |
| 47 | MoonicheX |
| 48 | ZanHuangXianZheYangJianZhuAnZhuangYouXianGongSi |
| 49 | difeijiashengtaihuanjingkeji |
| 50 | Wishing FAST |
| 51 | ddefs |
| 52 | 义乌市腾劭商贸有限公司 |
| 53 | shanxihongchenjianzhuzhuangshiyouxiangongsi |
| 54 | 金华市侣咖电子商务有限公司 |
| 55 | ddhj |
| 56 | Linyi Bangman Trading Co., Ltd |
| 57 | SuiHuaShiWeiHongWuYeGuanLiYouXianGongSi |
| 58 | 室厨垫品 |
| 59 | LiuWenTong |
| 60 | haneu |
| 61 | liguochuanmei |
| 62 | feichengshirunkezhuangshigongchengyouxiangongsi |
| 63 | shijiazhuangqucaimaoyiyouxiangongsi |
| 64 | HeBiBaoYueJianCaiYouXianGongSi |
| 65 | nanxindege |

2

| 66 | ChengJiDianZiChanPin |
|---|---|
| 67 | hanleixiangkuajing |
| 68 | pingdingshanshixinyadianzixinxijishuyouxiangongsi |
| 69 | jiannmn |
| 70 | zhengzhousenyuejiancai |
| 71 | xinzhengshihongdajiankangguanlifuwu |
| 72 | tianjinbangteyunshugufenyouxiangongsi |
| 73 | 范书柜收纳 |
| 74 | hubeizihongyinwuyouxian |
| 75 | shangluocangjiewenhuawangluochuanmeiyouxiangongsi |
| 76 | JiexiMa |
| 77 | WangBin75 |
| 78 | KaiWeiJianZhuGongChengChang |
| 79 | zhuzhouhuixiashangmaoyouxiangongsi |
| 80 | LiBenHong74 |
| 81 | limnnn |
| 82 | GuangZhouYueRanDianShangYouXianGongSi |
| 83 | longlinkejifuwu |
| 84 | ZHOUQIANMAIYIFU |
| 85 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 86 | zhshiun |
| 87 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 88 | XiongAnYouZhengShangMao |
| 89 | siyunsu |
| 90 | Jin Heng Shang Mao |
| 91 | LianGuangWuZiXiaoShou |
| 92 | moumm |
| 93 | WeiYiJiaChaoShi |
| 94 | lyxrrdq |
| 95 | Shu Mai Shang Mao |
| 96 | shanxihaohaoyiyishangmaoyouxiangongsihua |
| 97 | Jessicas Art |
| 98 | GUOZH |
| 99 | 宠玩朱配 |
| 100 | jiangyinshixingrongjixieguanjian |
| 101 | baofengxiantengdazhuangshigongcheng |
| 102 | 衡阳丰忧商贸有限公司 |
| 103 | HuaiNanQuanDeShangMaoYouXianGongSi |
| 104 | AnZhenJianZhuGongCheng |
| 105 | 乐玩童品铺 |

3

| 106 | 贫铭商贸 |
|---|---|
| 107 | QuJingXuLiaoShangMao |
| 108 | llxik |
| 109 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 110 | saunx |
| 111 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 112 | Hefei Weiweidi E-Commerce Co., Ltd. |
| 113 | QuJingJunQiuShangMao |
| 114 | 周游户外用品 |
| 115 | JJIWE |
| 116 | henanshengkujianzhuzhuangshi |
| 117 | yaminn |
| 118 | haiyangyuxiangshuichanyouxiangongsi |
| 119 | jinhuashimiaobafushiyouxiangongsi |
| 120 | ShengZeJianZhu |
| 121 | ShiChiSiWenSanaoYuXiaGongSi |
| 122 | suzhoushifuyuecaifangzhi |
| 123 | ZhuZhouLeiLiHuaMaoYiYouXianGongSi |
| 124 | ruichengxianxiaocuijianzhugongchengbu |
| 125 | neimengguqingyijianzhuyouxiangongsi |
| 126 | zhoushanchangxinshihuayouxiangongsi |
| 127 | Yangyang999 |
| 128 | zjinxs |
| 129 | YangXianCangSiShangM |
| 130 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 131 | qibau |
| 132 | huozhoushihongtaomaoyidian |
| 133 | Lihaorandianpu |
| 134 | ylq shop |
| 135 | yurn |
| 136 | uweche |
| 137 | GuangZhouChaZiRouDianZiShangWuYouXianGongSi |
| 138 | YiMaShiXinWenWangLuo |
| 139 | ChenMei46 |
| 140 | xuefanzhangshangmaoyouxiangongsi |
| 141 | Tgljz35025N |
| 142 | hongfajiadian |
| 143 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 144 | xiune |
| 145 | luoyangshishanzhizaozhuangbeizhizao |
| 146 | owle dinner |

4

| | |
|---|---|
| 147 | qinxianmuzhirenhuanbaokejiyouxiangongsi |
| 148 | guangzhouyuhuifuzhuangyouxiangong |
| 149 | shandonglieweijiaoyuzixunyouxiangongsi |
| 150 | guangzhoujianzhongshangbaihuoyouxiangongsi |
| 151 | YYSGG |
| 152 | huangxianxiangtt |
| 153 | Kivsty |
| 154 | TIN66 |
| 155 | 菏泽拥有网络科技有限公司 |
| 156 | huizefencaishangmaojingyingbu |
| 157 | jinchenghuashuowujin |
| 158 | yongxhdh |
| 159 | HuiChengChongShangMaoFuZhuangDian |
| 160 | 金华市淑徵服饰有限公司 |
| 161 | hebishishifanquouxingshangmaoyouxiangongsi |
| 162 | JYUIIKGGG |
| 163 | 厨餐宇餐具店 |
| 164 | wudalianchiwanhaopaimai |
| 165 | Huangss |
| 166 | wanghongdegongyipindian |
| 167 | 文童衬垫 |
| 168 | taihexianbaochuanmingnongyejiating |
| 169 | Suunwe |
| 170 | IronTale |
| 171 | zhangnib |
| 172 | ShangHaiYuGongMaoYi |
| 173 | suoxianshangmaoshanghang |
| 174 | DingYuTing |
| 175 | WangHu2025 |
| 176 | whatyoustore |
| 177 | chibotubingdianzi |
| 178 | zhiuen |
| 179 | YUEBINUS |
| 180 | dongguanshijinhonggongyipin |
| 181 | abiao |
| 182 | GUBUU |
| 183 | Haoju trade |
| 184 | Hfhsauh |
| 185 | haibinglanmaoyi |
| 186 | qixianmagequan |

| | |
|---|---|
| 187 | jinyuantongxingongsi |
| 188 | Hulduibro |
| 189 | binyudianzishangwu |
| 190 | JiNanQiXiangMingShengWuKeJiYouXianGingSi |
| 191 | lianlinkeji |
| 192 | ngzhoulinbiaoshangmaoyo |
| 193 | NICKSUN Store |
| 194 | Wenbin Clothing store |
| 195 | Cao Home Decoration Store |
| 196 | DHFEF |
| 197 | jinyuankeji |
| 198 | WoZjj |
| 199 | QuYeChaoMaoYi STORE |
| 200 | asafafdsgs |